```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,                    ORDER
        -against-                                 10 CV 5348 (DRH)

PETER T. LEE a/k/a PETER LEE,

                    Defendant.
----------------------------------------------------X
```

**APPEARANCES:**

**For the Plaintiff:**

Douglas M. Fisher, Esq.
Solomon and Solomon, P.C.
Five Columbia Circle, Box 15019
Albany, New York 12212-5019

**For the Defendant:**

No Appearance

**HURLEY, Senior District Judge:**

      Presently before the Court is the motion of Plaintiff United States of America ("Plaintiff") for a default judgment seeking to recover the amount due on Defendant Peter T. Lee's ("Defendant") student loan. The motion is granted.

      This action was commenced on November 18, 2010. Defendant was served with the summons and complaint on December 10, 2010 by delivering a copy thereof to a person of suitable age and discretion at his home, together with mailing a copy to his home. Proof of service was filed on January 17, 2011. Defendant has failed to answer, appear, or otherwise move. On January 27, 2011, the Clerk of Court entered a notation of default against Defendant pursuant to Fed. R. Civ. P. 55(a). Plaintiff thereafter moved for default judgment.

As set forth in the Affirmation of Douglas M. Fisher, Defendant is indebted to the Plaintiff in the principal amount of $1,444.00, plus interest in the amount of $450. Accordingly, the Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $1,894.90. Post-judgment interest shall be calculated pursuant to 28 U.S.C. § 1961. Upon entry of judgment, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: Central Islip, New York
       March 17, 2011

                                                        /s/
                                        Denis R. Hurley
                                        United States District Judge